

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2015

No. 04-15-00097-CV

Brian **MCENERY**,
Appellant

v.

**CITY OF SAN ANTONIO** and Chief Charles N. Hood,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06603
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

The appellees' brief was originally due to be filed on August 31, 2015. The appellees' first motion for extension of time was granted, extending the deadline for filing the brief to September 30, 2015. On September 25, 2015, the appellees filed a motion requesting an additional extension of time to file the brief until October 30, 2015, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEES WILL BE GRANTED**. The appellees' brief must be filed by October 30, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court